IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS,<br>　　　　Plaintiff,<br><br>vs.<br><br><br><br>DAVE BALLAND, Renewal Inc., Staff;<br>JAMAL THOMAS, Renewal Inc. Staff;<br>CURTIS HARRISON, Renewal Inc., Staff;<br>RENEWAL INC.; FEDERAL BUREAU<br>OF PRISONS,<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 13-58<br>) Judge Gary L. Lancaster/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 26 day of February, 2013, after the Plaintiff, Frederick Banks, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 4, 2013, to file written objections thereto, and no objections having been filed, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　　　IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis [document #1] is DENIED.

　　　　IT IS FURTHER ORDERED that Plaintiff pay the entire filing fee by March 15, 2013. Failure to pay the entire filing fee by this date will result in in the Court, without further warning, entering an order dismissing the case with prejudice for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Frederick Banks
P.O. Box 295
Pittsburgh, PA 15230